# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; and IMAGE-BASED SURGICENTER CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> TRUSTEES OF TUFTS COLLEGE; TUFTS MEDICAL CENTER aka TUFTS SHARED SERVICES, INC.; and TUFTS MEDICAL CENTER PHYSICIANS ORGANIZATION, <br><br> Defendants. | Civil Action No. 12-11277-MLW |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), it is hereby stipulated by and between NeuroGrafix, Neurography Institute Medical Associates, Inc. and Image-Based Surgicenter Corporation, and the Trustees of Tufts College ("Trustees"), that the claim against the Trustees in the above-captioned matter shall be dismissed without prejudice.  It is further stipulated that all attorneys' fees and costs are to be borne by the party that incurred them.

- 2 -

| | |
|---|---|
| NeuroGrafix, et al. | Trustees of Tufts College, |
| By their attorneys, | By its attorneys, |

<div style="display:flex">

s/ David S. Godkin
David S. Godkin (BBO No. 196530)
Anne Marie Longobucco (BBO No. 649299)
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210
Tel:  (617) 307-6100
godkin@birnbaumgodkin.com
longobucco@birnbaumgodkin.com

Marc A. Fenster (*Pro Hac Vice*)
Andrew D. Weiss (*Pro Hac Vice*)
Fredricka Ung (*Pro Hac Vice*)
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
mfenster@raklaw.com
aweiss@raklaw.com
fung@raklaw.com

*Attorneys for the Plaintiffs*

/s Philip C. Swain
Philip C. Swain (BBO No. 544632)
David E. Cole (BBO No. 658705)
FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
Tel:  (617) 832-1000
Fax:  (617) 832-7000
pswain@foleyhoag.com
dcole@foleyhoag.com

*Attorneys for the Defendants*

</div>