UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC; and IMAGE-BASED SURGICENTER CORPORATION, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:12-cv-11277-RGS |
| TUFTS MEDICAL CENTER aka TUFTS SHARED SERVICES, INC.; and TUFTS MEDICAL CENTER PHYSICIANS CENTER, INC., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**TUFTS MEDICAL CENTER AND TUFTS MEDICAL CENTER PHYSICIANS ORGANIZATION, INC.'S MOTION TO STAY THIS CASE PENDING RESOLUTION OF RELATED MANUFACTURER CASES**

Defendants Tufts Medical Center ("Tufts Medical Center") and Tufts Medical Center Physician's Organization, Inc. ("Tufts MCPO") (collectively, the "Tufts Defendants") move to stay this case pending the resolution of three separate patent infringement actions involving the manufacturers of the products at-issue in this action: *NeuroGrafix et al. v. Regents of the University of California*, Civil Action No. 11-07591-MRP-RZ (C.D. Cal.); *General Electric Co. v. NeuroGrafix et al.*, Civil Action No. 12-04586-MRP-RZ (C.D. Cal.); and *NeuroGrafix et al. v. Philips Electronics North America Corporation et al.*, Civil Action No. 12-11065 (D. Mass.) (collectively, "the Manufacturer Cases"). More specifically, the weight of the relevant factors clearly favors a stay of this litigation pending the resolution of the Manufacturer Cases because, and as set forth in more detail in the accompanying *Memorandum in Support of Tufts Medical*

*Center and Tufts Medical Center Physician's Organization, Inc.'s Motion to Stay This Case Pending Resolution of Related Manufacturer Cases* and supporting documentation filed contemporaneously herewith:

- The real dispute is between Plaintiffs and the manufacturers of the only products that are at-issue, GE and Philips, and not with the Tufts Defendants;

- Any issues that might remain after the resolution of the Manufacturer Cases will, at the very least, be simplified;

- There is no prejudice to Plaintiffs as a result of a stay, as opposed to the significant prejudice to the Tufts Defendants of being brought into a fight that is not even theirs; and

- This litigation is in its very early stages, when requests to stay cases under circumstances such as those presented here are generally more favored.

In other words, hospitals and physicians organizations such as the Tufts Defendants that have been brought into the fray by Plaintiffs in this and other similar cases are merely peripheral to the dispute between Plaintiffs and the manufacturers.

WHEREFORE, the Tufts Defendants respectfully request that this Court grant this motion and stay this case pending the outcome of the related Manufacturer Cases, and enter such further and additional relief as this Court deems necessary and proper.

Respectfully submitted,

/s/ Maia H. Harris
Fred A. Kelly, Jr. (BBO#544046)
Maia H. Harris (BBO#648208)
Danielle M. McLaughlin (BBO#675819)
Nixon Peabody LLP
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
fkelly@nixonpeabody.com
mharris@nixonpeabody.com

Dated:  November 2, 2012

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

      Pursuant to Local Rule 7.1(A)(2), I, Maia H. Harris, counsel for Defendants Tufts Medical Center and Tufts Medical Center Physicians Organization, Inc., hereby certify that I conferred with counsel for Plaintiffs on October 24, 2012 in an effort to narrow or otherwise resolve the issues raised in this motion. During that conference, counsel for Plaintiffs asserted that they disagreed with the positions of the Tufts Defendants as set forth in this motion, but the parties were otherwise unable to resolve or narrow any points of dispute.

                                                    /s/ Maia H. Harris
                                                    Maia H. Harris


**CERTIFICATE OF SERVICE**

      I, Maia H. Harris, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 2nd day of November, 2012.

                                                    /s/ Maia H. Harris
                                                  Maia H. Harris (BBO # 648208)