UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEUROGRAFIX, a California corporation; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., a California corporation; and IMAGE-BASED SURGICENTER CORPORATION, a California corporation,<br><br>     Plaintiffs,<br><br>vs.<br><br>TRUSTEES OF TUFTS COLLEGE, a Massachusetts corporation; TUFTS MEDICAL CENTER aka TUFTS SHARED SERVICES, INC, a Massachusetts corporation; and TUFTS MEDICAL CENTER PHYSICIANS ORGANIZATION, a Massachusetts corporation<br><br>     Defendants. | Civil Action No. 1:12-cv-11277-RGS |

**PLAINTIFFS' ANSWER TO COUNTERCLAIMS OF TUFTS MEDICAL CENTER AND TUFTS MEDICAL CENTER PHYSICANS ORGANIZATION**

   Plaintiffs NeuroGrafix, Neurography Institute Medical Associates, Inc. ("NIMA"), and Image-Based Surgicenter Corporation ("IBSC") (collectively, "Plaintiffs"), by and through their undersigned counsel, answers the Counterclaims of Defendants Tufts Medical Center and Tufts Medical Center Physicians Organization (collectively, "Defendants") by corresponding paragraph numbers as follows:

   21. Plaintiffs incorporate the allegations in its Amended Complaint as if fully set forth herein.

   22. Plaintiffs admit that Defendants purport to assert counterclaims under the Federal Declaratory Judgment Act, 28 U.S.C. § 2201, seeking declaratory judgments under the patent laws of the United States, United States Code Title 35, that the '360 patent asserted by Plaintiffs

is both invalid and not infringed, but Plaintiffs deny that Defendants are entitled to any such relief.

23. Admitted.

24. Admitted.

25. Admitted.

## THE PARTIES

26. Admitted.

27. Admitted.

28. Admitted.

29. Admitted.

30. Admitted.

## COUNTERCLAIM 1: DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '360 PATENT

31. Plaintiffs incorporate the allegations in its Amended Complaint and its response to paragraphs 21 through 30 of Defendants' counterclaims as if fully set forth herein.

32. Plaintiffs admit that paragraph 32 of Defendants' counterclaims correctly summarizes the allegations in Plaintiffs Amended Complaint, however, Plaintiffs clarifies that IBSC has an exclusive license to the '360 Patent in the field of use of human, surgical medicine.

33. Admitted.

34. Denied.

35. Plaintiffs admit that Defendants request declaratory judgment that neither infringe any claim of the '360 Patent, but Plaintiffs deny that Defendants are entitled to any such relief.

## COUNTERCLAIM 2: DECLARATORY JUDGMENT OF
## INVALIDITY OF THE '360 PATENT

36.     Plaintiffs incorporate the allegations in its Amended Complaint and its response to paragraphs 21 through 35 of Defendants' counterclaims as if fully set forth herein.

37.     Admitted.

38.     Denied.

## PRAYER FOR RELIEF

WHEREFORE, NeuroGrafix prays for the following relief with regard to Defendants' counterclaims:

A.      A dismissal with prejudice of Defendants' counterclaims;

B.      An adjudication that Defendants ar not entitled to any relief on their counterclaims, including, without limitation, any fine or damages; and

C.      Costs and such further relief to which Plaintiffs are entitled, and which the Court deems just and equitable.

## JURY TRIAL DEMANDED

Plaintiffs hereby demand a trial by jury of all issues so triable.

| | |
|---|---|
| Dated:  November 6, 2012 | NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., and IMAGE-BASED SURGICENTER CORPORATION, |

By their attorneys,

*/s/ David S. Godkin*
David S. Godkin (BBO#196530)
Anne Marie Longobucco (BBO#649299)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210
617-307-6100
godkin@birnbaumgodkin.com
longobucco@birnbaumgodkin.com

Marc A. Fenster (*Pro Hac Vice*)
Andrew D. Weiss (*Pro Hac Vice*)
Fredricka Ung *(Pro Hac Vice)*
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles CA 90025
310-826-7474
mfenster@raklaw.com
aweiss@raklaw.com
fung@raklaw.com

## CERTIFICATE OF SERVICE

I, David S. Godkin, hereby certify that a true and correct copy of the foregoing document was delivered to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent those indicated as non-registered participants on November 6, 2012.

*/s/ David S. Godkin*
David S. Godkin