UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEUROGRAFIX, a California corporation; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., a California corporation; and IMAGE-BASED SURGICENTER CORPORATION, a California corporation,<br><br>                Plaintiffs,<br><br>vs.<br><br>TRUSTEES OF TUFTS COLLEGE, a Massachusetts corporation; TUFTS MEDICAL CENTER aka TUFTS SHARED SERVICES, INC, a Massachusetts corporation; and TUFTS MEDICAL CENTER PHYSICIANS ORGANIZATION, a Massachusetts corporation<br><br>                Defendants. | Civil Action No. 1:12-cv-11277-RGS |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO TUFTS MEDICAL CENTER AND TUFTS
MEDICAL CENTER PHYSICIANS ORGANIZATION, INC.'S MOTION TO STAY
THIS CASE PENDING RESOLUTION OF RELATED MANUFACTURER CASES**

Plaintiffs Neurografix, Neurography Institute Medical Associates, Inc. and Image-Based Surgicenter Corporation hereby move for an extension of the time to file an opposition to Tufts Medical Center and Tufts Medical Center Physicians Organization, Inc.'s Motion to Stay This Case Pending Resolution of Related Manufacturer Cases by 2 weeks, from November 16, 2012 until November 30, 2012, due to depositions, discovery and motion practice in other matters. The defendants have assented to the relief requested in this motion.

| | |
|---|---|
| Dated: November 9, 2012 | Respectfully submitted, |
| | NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., and IMAGE-BASED SURGICENTER CORPORATION, |
| | By their attorneys, |
| | */s/ David S. Godkin* |
| | David S. Godkin (BBO#196530) |
| | Anne Marie Longobucco (BBO#649299) |
| | Birnbaum & Godkin, LLP |
| | 280 Summer Street |
| | Boston, MA 02210 |
| | 617-307-6100 |
| | godkin@birnbaumgodkin.com |
| | longobucco@birnbaumgodkin.com |
| | Marc A. Fenster (*Pro Hac Vice*) |
| | Andrew D. Weiss (*Pro Hac Vice*) |
| | Fredricka Ung *(Pro Hac Vice)* |
| | Russ August & Kabat |
| | 12424 Wilshire Boulevard, 12th Floor |
| | Los Angeles CA 90025 |
| | 310-826-7474 |
| | mfenster@raklaw.com |
| | aweiss@raklaw.com |
| | fung@raklaw.com |

ASSENTED TO:

/s/ Maia H. Harris
Fred A. Kelly, Jr.  (BBO#544046)
Maia H. Harris (BBO#648208)
Danielle M. McLaughlin Nixon (BBO#6675819)
Peabody LLP
100 Summer Street
Boston, MA  02110
617-345-1319
fkelly@nixonpeabody.com
mharris@nixonpeabody.com
dmclaughlin@nixonpeabody.com

**CERTIFICATE PURSUANT TO L.R. 7.1**

      I hereby certify that, on November 8, 2012, counsel for plaintiffs conferred by email with counsel for defendants regarding the relief requested in this motion and was informed that defendants assented.

      /s/ David S. Godkin
      David S. Godkin

**CERTIFICATE OF SERVICE**

      I, David S. Godkin, hereby certify that a true and correct copy of the foregoing document was delivered to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent those indicated as non-registered participants on the above date.

      */s/ David S. Godkin*
      David S. Godkin