UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| N NEUROGRAFIX, a California corporation; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., a California corporation; and IMAGE-BASED SURGICENTER CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TUFTS MEDICAL CENTER aka TUFTS SHARED SERVICES, INC, a Massachusetts corporation; and TUFTS MEDICAL CENTER PHYSICIANS ORGANIZATION, a Massachusetts corporation<br><br>Defendants. | CIVIL ACTION No. 1:12-cv-11277-RGS |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS RELATING TO THE USE OF PRODUCTS SOLD BY THE GENERAL ELECTRIC COMPANY

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., AND IMAGE-BASED SURGICENTER CORPORATION, by and through their respective counsel, hereby stipulate to the dismissal with prejudice of all claims relating to the use of products sold by the General Electric Company. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED this 21st day of December, 2012

_____
Hon. Richard G. Stearns
United States District Judge

| | |
|---|---|
| Date:   December 19, 2012 | Respectfully submitted, |

RUSS AUGUST & KABAT

/s/ Marc A. Fenster
Marc A. Fenster *(Pro Hac Vice)*
Andrew D. Weiss *(Pro Hac Vice)*
Fredricka Ung *(Pro Hac Vice)*
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Tele:  310-826-7474
Fax:  310-826-6991
mfenster@raklaw.com
aweiss@raklaw.com
fung@raklaw.com


/s/ David S. Godkin
David S. Godkin
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210
Tele: 617 307-6100
Fax: 617-307-6101
godkin@birnbaumgodkin.com

Attorneys for Plaintiffs Neurography Institute Medical Associates, Inc., Neurografix and Image-Based Surgicenter Corporation

NIXON PEABODY LLP

/s/ Maia H. Harris
Fred A. Kelly, Jr.
Maia H. Harris
Danielle M. McLaughlin
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Tele:  617-345-1000
Fax:  617-345-1300
fkelly@nixonpeabody.com
mharris@nixonpeabody.com
dmclaughlin@nixonpeabody.com

Attorneys for Defendants Tufts Medical Center aka Tufts Shared Services, Inc., and Tufts Medical Center Physicians Organization

14259716.2                                              2